AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*           DISTRICT OF   NEVADA

HUGO C. ISRAEL,

      Petitioner,        JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:09-CV-00113-RCJ-RAM**

GREGORY SMITH, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that respondents' motion to dismiss (Document No. 22) is GRANTED. This action is DISMISSED with prejudice as untimely.

   October 27, 2010                       **LANCE S. WILSON**
                                                                       Clerk

                                                                /s/ Katie Lynn Ogden
                                                                    Deputy Clerk