UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HUGO ISRAEL CAHUEC,<br><br>Petitioner,<br><br>v.<br><br>GREGORY SMITH, et al.,<br><br>Respondents. | Case No. 3:09-cv-00113-RCJ-RAM<br><br>**ORDER** |

Respondents having filed a motion for extension of time (first request) (ECF No. 75), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for extension of time (first request) (ECF No. 75) is **GRANTED**. Respondents will have through July 23, 2018, to file and serve a response to the motion for leave to file second amended petition (ECF No. 71).

DATED: June 28, 2018.

ROBERT C. JONES
United States District Judge

1