ADAM PAUL LAXALT
  Attorney General
Heidi Parry Stern (Bar. No. 8873)
  Chief Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., #3900
Las Vegas, NV 89101-1068
(702) 486-3594
HStern@ag.nv.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HUGO ISRAEL CAHUEC,<br><br>    Petitioner,<br><br>vs.<br><br>GREGORY SMITH, et al.,<br><br>    Respondents. | Case No. 3:09-cv-0113-RCJ-RAM<br><br>**MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PETITIONER'S MOTION FOR LEAVE TO FILE A SECOND AMENDED PETITION**<br>**(ECF NO. 72)**<br><br>(Second Request) |

    Respondents hereby request an extension of time of an additional thirty (30) days, up to and including August 22, 2018, within which to file their Response to Petitioner's Motion for Leave to File a Second Amended Petition for Writ of Habeas Corpus. The current due date to file the Answer is July 23, 2018.

    This motion is based on the accompanying declaration of Counsel.

    DATED this 23rd day of July, 2018.

                                         ADAM PAUL LAXALT
                                         Attorney General

                                         By: /s/ Heidi Parry Stern
                                              Heidi Parry Stern (Bar. No. 8873)
                                              Chief Deputy Attorney General

# DECLARATION OF HEIDI PARRY STERN

STATE OF NEVADA  )
                 ) ss:
COUNTY OF CLARK  )

I, HEIDI PARRY STERN, being first duly sworn under oath, depose and state as follows:

1. That I am an attorney licensed to practice law in the State of Nevada; that I am qualified and admitted to practice before this Court; and that I am employed as a Deputy Attorney General in the Office of the Nevada Attorney General;

2. That, pursuant to my duties as a Chief Deputy Attorney General, I have been assigned to represent Respondents in the matter of *Cahuec v. Gregory Smith, et al.*, 3:09-cv-0113-RCJ-RAM and, as such, have personal knowledge of the matters contained herein;

3. That the response to the motion for leave to file a second amended petition for writ of habeas corpus is due to be filed on July 23, 2018.

4. This extension is necessary due to my recently increased workload, occasioned by the retirement of one of the attorneys in our unit, as well as several upcoming deadlines in the Ninth Circuit, including unanticipated supplemental briefing in a death penalty appeal.

5. Respondents request 30 days to file a response, up to and including August 22, 2018.

6. I have contacted opposing counsel regarding this request, and he has no objection.

7. This is Respondents' second motion for enlargement of time to respond to Petitioner's motion for leave to file a second amended petition for writ of habeas corpus.

8. This motion for enlargement of time is made in good faith and not for the purpose of delay.

DATED this 23rd day of July, 2018.

/s/ Heidi Parry Stern
HEIDI PARRY STERN (Bar No. 8873)

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: July 24, 2018