Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Jonathan M. Kirshbaum
Assistant Federal Public Defender
New York State Bar No. 2857100
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Jonathan_kirshbaum@fd.org

*Attorney for Petitioner Hugo Israel Cahuec

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Hugo Israel Cahuec,<br><br>　　　　Petitioner,<br><br>v.<br><br>Gregory Smith, *et al.*,<br><br>　　　　Respondents. | Case No. 3:09-cv-00113-RCJ-RAM<br><br>**Unopposed Motion for Extension of Time to File a Reply to Opposition to Motion for Leave to File Second Amended Petition for Writ of Habeas Corpus** |

Petitioner, Hugo Israel Cahuec, through counsel, Assistant Federal Public Defender Jonathan M. Kirshbaum, hereby moves this Court for an extension of time of thirty (30) days from August 29, 2018, to and including September 28, 2018, in which to file the Reply to Opposition to Motion for Leave to File Second Amended Petition for Writ of Habeas Corpus. This motion is based upon the attached points and authorities and all pleadings and papers on file herein.

## POINTS AND AUTHORITIES

1. On June 7, 2018, Petitioner filed a Motion for Leave to File Second Amended Petition (ECF No. 71). On August 22, 2018, Respondents filed their Opposition to Motion for Leave to File Second Amended Petition.. (ECF No. 79). Petitioner's Reply to Opposition to Motion for Leave to File Second Amended Petition is currently due on or before August 29, 2018.

2. Counsel for Cahuec now seeks a first request for an extension of time of thirty (30) days to file the Reply to Opposition to Motion for Leave to File Second Amended Petition.

3. Counsel's schedule and circumstances beyond his control has precluded him from meeting the current deadline of August 29, 2018. Since the time that the opposition was filed, counsel has had to work on a Reply covering 15 issues. In addition, counsel has had to go to medical appointments over the past week due to a serious car accident back in July. A 30-day extension is necessary because counsel has to work on two opening briefs and a cert petition. In addition, counsel has to prepared a presentation for a national habeas corpus conference in September. Finally, counsel is responsible for training and supervising a new attorney who started working with the unit on August 12, 2018.

4. On August 28, 2018, Chief Deputy Attorney General Heidi Parry Stern indicated to counsel via email she had no objection to this request.

5. Therefore, counsel seeks an additional thirty (30) days, up to and including September 28, 2018, in which to file the Reply to Opposition to Motion for Leave to File Second Amended Petition.

6. This motion is not filed for the purpose of delay, but in the interests of justice, as well as in the interest of Cahuec. Counsel for Petitioner respectfully requests that this Court grant this motion and order Petitioner to file the Reply to

Opposition to Motion for Leave to File Second Amended Petition no later than September 28, 2018.

DATED this 29th day of August, 2018.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

/s/ Jonathan M. Kirshbaum
Jonathan M. Kirshbaum
*Assistant Federal Public Defender*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: September 5, 2018