# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HUGO ISRAEL CAHUEC,<br><br>Petitioner,<br><br>v.<br><br>GREGORY SMITH, et al.,<br><br>Respondents. | Case No. 3:09-cv-00113-RCJ-RAM<br><br>**ORDER** |

Petitioner having filed an unopposed motion for extension of time (second request) (ECF No. 82), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (second request) (ECF No. 82) is **GRANTED**. Petitioner will have through October 29, 2018, to file and serve a reply to respondents' opposition to motion for leave to file second amended petition (ECF No. 79).

DATED: This 24th day of October, 2018.

ROBERT C. JONES
United States District Judge