# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HUGO ISRAEL CAHUEC, | |
| *Petitioner*, | 3:09-cv-00113-RCJ-RAM |
| vs. | |
| | ORDER |
| GREGORY SMITH, *et al.*, | |
| *Respondents*. | |

Respondents' unopposed motion for enlargement of time (ECF No. 88) is GRANTED, and the time for respondents to respond to the second amended petition (ECF No. 87) Is extended up to and including July 12, 2019.

DATED: May 28, 2019.

_____
ROBERT C. JONES
United States District Judge

1