# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HUGO ISRAEL CAHUEC, | Case No. 3:09-cv-00113-RCJ-RAM |
| Petitioner, | **ORDER** |
| v. | |
| GREGORY SMITH, et al., | |
| Respondents. | |

Respondents having filed unopposed motions for enlargement of time (ECF No. 90, ECF No. 92), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motions for enlargement of time (ECF No. 90, ECF No. 92) are **GRANTED**. Respondents will have through September 25, 2019, to file a response to the second amended petition (ECF No. 87).

DATED: August 26, 2019

_____
ROBERT C. JONES
United States District Judge