# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HUGO ISRAEL CAHUEC, | Case No. 3:09-cv-00113-RCJ-RAM |
| Petitioner, | **ORDER** |
| v. | |
| GREGORY SMITH, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion to extend time (first request) (ECF No. 97), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion to extend time (first request) (ECF No. 97) is **GRANTED**. Petitioner will have up to and including February 10, 2020, to file a response to the motion to dismiss (ECF No. 94).

DATED: This 14th day of November, 2019.

ROBERT C. JONES
United States District Judge

1