# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HUGO ISRAEL CAHUEC, | Case No. 3:09-cv-00113-RCJ-RAM |
| Petitioner, | **ORDER** |
| v. | |
| GREGORY SMITH, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 100), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 100) is **GRANTED**. Respondents will have up to and including March 20, 2020, to file and serve a reply in support of their motion to dismiss.

DATED: February 21, 2020.

_____
ROBERT C. JONES
United States District Judge